**RECEIVED**

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION**

2006 MAR 24 A 8:44

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 1:06CR85-CSC |
| ) | [18 USC §13; Code of Ala. |
| V. ) | 32-5A-191(a)(1)(2); 32-6-19; |
| ) | 32-5A-330] |
| ANGELA R. SLAGLE ) | |
| ) | INFORMATION |
| ) | |
| The United States Attorney Charges: ) | |

### COUNT I

On or about the 1st of January 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, ANGELA R. SLAGLE, did unlawfully operate a motor vehicle while under the influence of alcohol in violation of Title 32, Section 5A-191(a)(1) and (2), Code of Alabama 1975, and Title 18, Section 13, United States Code.

### COUNT II

On or about the 1st of January 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, ANGELA R. SLAGLE, did unlawfully operate a motor vehicle while her license or privileges were suspended in violation of Title 32, Section 6-19, Code of Alabama 1975, and Title 18, Section 13, United States Code.

### COUNT III

On or about the 1st of January 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, ANGELA R. SLAGLE, did unlawfully have in her possession an alcoholic beverage in an open container in the passenger area of her motor vehicle in violation of Title 32, Section 5A-330, Code of Alabama 1975, and Title 18, Section 13, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
KENT B. BRUNSON
ASSISTANT UNITED STATES ATTORNEY

_____
ASHLEA T. HOLTSON
SC BAR NO. 70462
SPECIAL ASSISTANT U. S. ATTORNEY
Office of the Staff Judge Advocate
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9078

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 12:10 A.M. on January 1, 2006, a Nissan Altima was observed driving up to the Enterprise Entrance Gate. The driver, identified as 29 yr. old Angela R. Slagle, failed to provide proper proof of identification and insurance to the Gate Security Guard. He also observed that Ms. Slagle appeared disoriented. Ms. Slagle was detained at the Enterprise Gate until the Military Police arrived. Ms. Slagle was observed emitting an odor of an alcoholic beverage from her person. Ms. Slagle was asked to step out of her vehicle, refused, and became belligerent and began to scream when she was physically escorted from her car and placed in a patrol car. Ms. Slagle was transported to the Military Police Station where she was advised of the Alabama Implied Consent Law and requested to submit to a breathalyzer test, to which she refused to consent. Ms. Slagle was taken to the Provost Marshall's Office for processing, where it was discovered that Ms. Slagle did not possess a valid driver's license, but she had had her driver's license suspended due to a DUI. Further inspection of the passenger compartment of her motor vehicle produced a bottle of whiskey that was only 1/3 full and an open 2 liter bottle of coke, and a coffee mug that contained a mixture of whiskey and coke. In my opinion as a law enforcement officer, Ms. McKnight was under the influence of alcohol. Ms. McKnight was then charged with DUI, driving with a suspended license, and possession of an open container of an alcoholic beverage.

_____
BENJAMIN EAGER, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __3__ day of __March__ 2006.

_____
NOTARY PUBLIC

My commission expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: June 17, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS