| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** <br> **MIDDLE DISTRICT OF ALABAMA** | DATE: MAY 16, 2006   Time: 10:20-10:23 <br> TAPE NO: 3051-CSC @ 542 to 610 |

- ✓ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ✓ ARRAIGNMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: CHARLES S. COODY          DEPUTY CLERK: WANDA STINSON

CASE NO. 1:06CR85-CSC                           NAME: ANGELA R. SLAGLE

AUSA: CAPT. ASHLEA HOLT                         DEFT. ATTY: DONNIE BETHEL
                                                Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
USPO: BOB PITCHER

Defendant _____ does ✓ does NOT need an interpreter. Interpreter NAME: _____

---

| | |
|---|---|
| ☐ kars. | Date of Arrest _____ or ☐ karsr40 |
| ✓ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator |
| ✓ kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel    ☐ ORAL MOTION |
| ☐ kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☐ koappted | ORDER appointing Community Defender Organization |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ✓ karr. | ARRAIGNMENT ✓ HELD. Plea of NOT GUILTY entered. |
| | ✓ Trial Set for 7/17/06    ☐ PRETRIAL CONF. DATE: _____ |
| | ☐ DISCOVERY DISCLOSURES DATE: _____ |
| | ☐ Request Non-Jury Trial. |
| | ☐ GUILTY PLEA entered. |
| ✓ CONSENT to Proceed before U.S. Magistrate Judge |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel. |

** Deft released on summons issued and on her own recognizance until further notice from the court.