IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 1:06cr085-CSC |
| | ) | |
| **ANGELA R. SLAGLE** | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **Angela R. Slagle**, by and through undersigned counsel, Donnie W. Bethel, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty. Defendant waives her right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 30th day of June, 2006.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 1:06cr085-CSC |
| | ) | |
| **ANGELA R. SLAGLE** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Ashlea T. Holtson, Esq.
Special Assistant U. S. Attorney
Office of the Staff Judge Advocate
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49