IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA    )
                               )  CR. NO.1:06CR85-CSC
          V.               )
                               )
ANGELA R. SLAGLE           )

**PLEA AGREEMENT**

COMES NOW the United States of America, by and through its attorney, NATHAN T. GOLDEN, Special Assistant United States Attorney, and the DEFENDANT, ANGELA R. SLAGLE, and her counsel, DONNIE BETHEL, and enter into the following plea agreement pursuant to Rule 11(C)1 of the Federal Rules of Criminal Procedure:

1. The DEFENDANT agrees to plead guilty to Count I of the Information charging her with DUI in violation of Title 32, Section 5A-191(a) (1) and (2) and Title 18, Section 13, United States Code.

2. The United States Government agrees to dismiss Counts II and III of the Information, charging the DEFENDANT with driving with a suspended driver's license and possession of an alcoholic beverage in an open container in the passenger compartment of a motor vehicle.

3. In exchange for the DEFENDANT accepting responsibility for her actions, the United States Government agrees to recommend that the Defendant be sentenced to seventy five (75) days of community service and be ordered to pay a fine of five hundred dollars ($500), provided the DEFENDANT is eligible for this sentence under Federal sentencing guidelines. The DEFENDANT understands that the Court is not bound by the Government's recommendation and may impose a greater sentence or fine.

4. There are no terms, express or implied, to this agreement other than set forth in writing in this document.

_____
ANGELA R. SLAGLE
Defendant

_____
DONNIE BETHEL
Attorney for Defendant

_____
NATHAN T. GOLDEN
Special Assistant U.S. Attorney