COURTROOM DEPUTY'S MINUTES          DATE: 7/11/2006
MIDDLE DISTRICT OF ALABAMA          DIGITAL RECORDING: 1600 — 1810
                                    COURT REPORTER:
                                    15 min

☐ ARRAIGNMENT              ✓ CHANGE OF PLEA          ☐ CONSENT PLEA
☐ RULE 44(c) HEARING       ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB          DEPUTY CLERK: sql
CASE NUMBER: 1:06CR85-CSC          DEFENDANT NAME: Angela SLAGLE
AUSA: Holt                         DEFENDANT ATTORNEY: Don Bethel
                                   Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
                                   ( ) appointed at arraignment; ( ) standing in for: _____
PTSO/USPO: Pitcher
Interpreter present? (✓)NO; ( )YES    Name:

☐ This is defendant's **FIRST APPEARANCE**.
☐ Financial Affidavit executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:       ☐ Not Guilty
            ✓ Guilty as to:
               ✓ Count(s): 1
               ✓ Count(s): 2, 3        ✓ dismissed on oral motion of USA
                                       ☐ to be dismissed at sentencing
✓ Written plea agreement filed    ☐ ORDERED SEALED
✓ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts  1  .
☐ CRIMINAL TERM:           ☐ WAIVER OF SPEEDY TRIAL filed.
       DISCOVERY DISCLOSURE DATE:
✓ ORDER: Defendant continued under ✓ bond; ☐ summons; for:
       ☐ Trial on _____ ; ✓ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U. S. Marshal for:
       ☐ Trial on _____ ; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
                     ☐ Defendant requests time to secure new counsel