# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * Case No. 1:06CR85-DRB |
| ANGELA SLAGLE | * |

## JOINT MOTION

Pursuant to Rule 32(a) of the Federal Rules of Criminal Procedure, and for good cause shown, the Government and the defendant request that the Court shorten the time limits prescribed by subdivision (b(6). Upon disclosure of the presentence report, the Government and the defendant will promptly, but not later than seven days, communicate in writing to the Probation Officer, and to each other, any objections to the presentence report as described in subdivision (b)(6)(B). The defendant and the Government request that the final report with addendum be disclosed no later than three days before the sentencing hearing.

_____  
Defendant

_____  
Attorney for Defendant

_____  
Attorney for Government

## ORDER

IT IS ORDERED that the above motion be, and the same is, hereby granted. Sentencing in this case is set for __10__ o'clock _a_.m., on the __27th__ day of __September__, 20__06__.

DONE this __11th__ day of __July__, 20__06__.

_____  
United States Magistrate Judge