# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 1:06cr085-DRB |
| | ) | |
| **ANGELA R. SLAGLE** | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, **ANGELA R. SLAGLE**, through undersigned counsel, Donnie W. Bethel, and moves this Honorable Court to continue the sentencing hearing now scheduled for September 27, 2006. In support of this motion, the Defendant would show the following:

1. On September 25, 2006, Ms. Slagle was admitted to the Medical Center Enterprise, in Enterprise, AL. She has received a blood transfusion due to severe anemia and will remain in the hospital for several days as doctors run tests to determine the cause of her anemia.

2. As a result of her hospital stay, Ms. Slagle will be unable to attend the sentencing hearing now scheduled for September 27, 2006.

**WHEREFORE**, Ms. Slagle respectfully requests that this Honorable Court grant her Motion to Continue Sentencing Hearing.

Dated this 26th day of September, 2006.

                                        Respectfully submitted,


                                        s/ Donnie W. Bethel  
                                        DONNIE W. BETHEL  
                                        Assistant Federal Defender  
                                        201 Monroe Street, Suite 407  
                                        Montgomery, Alabama 36104  
                                        Phone: (334) 834-2099  
                                        Fax: (334) 834-0353  
                                        E-mail:don_bethel@fd.org  
                                        IN Bar Code: 14773-49

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 1:06cr085-DRB |
| | ) | |
| **ANGELA R. SLAGLE** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Nathan T. Golden
Department Of The Army
Office of Staff Judge Advocate
Military Justice (ATZQ-SJA-MJ)
Bldg. 5700, Novosel Street
Fort Rucker, AL 36362

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49