# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 1:06cr085-DRB |
| | ) | |
| **ANGELA R. SLAGLE** | ) | |

## SECOND MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, **ANGELA R. SLAGLE**, through undersigned counsel, Donnie W. Bethel, and moves this Honorable Court to continue the sentencing hearing now scheduled for November 7, 2006. In support of this motion, the Defendant would show the following:

1. Sentencing was originally scheduled for September 27, 2006. On September 25, 2006, Ms. Slagle was admitted to the Medical Center Enterprise, in Enterprise, AL. As a result of her hospitalization for anemia, Ms. Slagle's sentencing hearing was rescheduled for November 7, 2006.

2. Undersigned counsel is scheduled to be in Santa Fe, NM, the week of November 5, 2006, for Federal Defender training. This training is only scheduled once each year and undersigned counsel missed the training last year due to his trial calendar.

3. For several reasons, Ms. Slagle and undersigned counsel believe that it is important that undersigned counsel, rather than another attorney from the Federal Defenders, handle the sentencing hearing in this case. First, undersigned counsel negotiated the plea

agreement in this case. The plea agreement is an 11(c)(1)(C) plea that calls for a below-guidelines sentence. Undersigned counsel negotiated this agreement with Special Assistant United States Attorney Capt Ashlea Holt, who has since left Ft Rucker and the United States Army. It is important that undersigned counsel be available to speak to the Court about why the parties believe a below-guideline sentence is appropriate in this case. Further, undersigned counsel has met with and discussed this case on multiple occasions with Mr. Dennis Griffith, a Court Referral Officer for the State of Alabama, who will be available to testify at the sentencing hearing. For these reasons, Ms Slagle's interests at the sentencing hearing will best be represented by undersigned counsel, rather than another attorney from the Federal Defenders Office.

**WHEREFORE**, Ms. Slagle respectfully requests that this Honorable Court grant her Motion to Continue Sentencing Hearing.

Dated this 18th day of October, 2006.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | 1:06cr085-DRB |
| | ) | |
| **ANGELA R. SLAGLE** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esq.  
Assistant United States Attorney  
One Court Square, Suite 201  
Montgomery, Alabama 36104

Nathan T. Golden  
Department Of The Army  
Office of Staff Judge Advocate  
Military Justice (ATZQ-SJA-MJ)  
Bldg. 5700, Novosel Street  
Fort Rucker, AL 36362

Respectfully submitted,

s/ Donnie W. Bethel  
DONNIE W. BETHEL  
Assistant Federal Defender  
201 Monroe Street, Suite 407  
Montgomery, Alabama 36104  
Phone: (334) 834-2099  
Fax: (334) 834-0353  
E-mail:don_bethel@fd.org  
IN Bar Code: 14773-49