IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-0085-DRB |
| | ) | |
| ANGELA R. SLAGLE | ) | |

### ORDER ON MOTION

Upon review of the Defendant's *Second Motion to Continue Sentencing Hearing* (Doc. 21, filed October 18, 2006), and for good cause therein, it is

**ORDERED** that the motion is **GRANTED**. Accordingly, the defendant's sentencing hearing is continued to **10:00 a.m. on January 9, 2007**, in the Soldiers Service Center, Building 5700, Office of the Judge Advocate General, Room 342, Ft. Rucker, Alabama.

Done this 19th day of October, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNTIED STATES MAGISTRATE JUDGE