IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 1:06cr085-CSC |
| | ) | |
| ANGELA R. SLAGLE | ) | |

**THIRD MOTION TO CONTINUE SENTENCING HEARING**

**COMES NOW** the Defendant, **ANGELA R. SLAGLE**, through undersigned counsel, Donnie W. Bethel, and moves this Honorable Court to continue the sentencing hearing now scheduled for January 9, 2007. In support of this motion, the Defendant would show the following:

1. Sentencing was originally scheduled for September 27, 2006. On September 25, 2006, Ms. Slagle was admitted to the Medical Center Enterprise, in Enterprise, AL. As a result of her hospitalization for anemia, Ms. Slagle's sentencing hearing was rescheduled for November 7, 2006.

2. Undersigned Counsel was in Santa Fe, NM, the week of November 5, 2006, for Federal Defender training. Due to the unavailability of Undersigned Counsel, Ms. Slagle's sentencing hearing scheduled for November 7, 2006, was again rescheduled, this time for January 9, 2007.

3. Undersigned Counsel has three trials scheduled for the January 8, 2006, Trial Term, all before United States District Judge W. Keith Watkins; it now appears that all three

cases will proceed to trial and will not be resolved by way of a guilty plea. Undersigned Counsel is lead counsel for one of those trials and is co-counsel for the other two trials. Due to his participation in these trials, he will be unavailable for Ms. Slagle's sentencing hearing now scheduled for January 9, 2007.

4. For several reasons, Ms. Slagle and Undersigned Counsel believe that it is important that undersigned counsel, rather than another attorney from the Federal Defenders, handle the sentencing hearing in this case. First, Undersigned Counsel negotiated the plea agreement in this case. The plea agreement is an 11(c)(1)(C) plea that calls for a below-guidelines sentence. Undersigned Counsel negotiated this agreement with Special Assistant United States Attorney Capt Ashlea Holt, who has since left Ft Rucker and the United States Army. It is important that Undersigned Counsel be available to speak to the Court about why the parties believe a below-guideline sentence is appropriate in this case. Further, Undersigned Counsel has met with and discussed this case on multiple occasions with Mr. Dennis Griffith, a Court Referral Officer for the State of Alabama, whom Undersigned Counsel believes will be an important witness at the sentencing hearing. For these reasons, Ms Slagle's interests at the sentencing hearing will best be represented by Undersigned Counsel , rather than another attorney from the Federal Defenders Office.

**WHEREFORE**, Ms. Slagle respectfully requests that this Honorable Court grant her Motion to Continue Sentencing Hearing.

Dated this 21st day of December, 2006.

        Respectfully submitted,

        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: don_bethel@fd.org
        IN Bar Code: 14773-49

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 1:06cr085-CSC |
| | ) | |
| **ANGELA R. SLAGLE** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Nathan T. Golden
Department Of The Army
Office of Staff Judge Advocate
Military Justice (ATZQ-SJA-MJ)
Bldg. 5700, Novosel Street
Fort Rucker, AL 36362


Respectfully submitted,


s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49