IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v | ) | CR. NO. 1:06CR085-CSC |
| | ) | |
| ANGELA R. SLAGLE | ) | |

## ORDER

Sentence in this case was originally set for September 2006, and has been continued twice.  The defendant now requests a third continuance because her counsel cannot be present due to other responsibilities.  The motion does not set forth any facts about sentencing which cannot be handled by another lawyer who has been fully briefed by the defendant's present counsel.  It is not in the best interests of the public or the parties for sentencing to be delayed for so long.  Accordingly, upon consideration of the third motion to continue sentencing (doc. # 23) filed by the defendant, it is

ORDERED that the motion be and is hereby DENIED.

Done this 21st day of December, 2006.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE