COURTROOM DEPUTY MINUTES	DATE: __JANUARY 9, 2007__
MIDDLE DISTRICT OF ALABAMA

TAPE NO.: _3052-CSC_ AT _293_ TO _342_

❏ **ARRAIGNMENT**   ❏ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**   √ **SENTENCING**

| | |
|---|---|
| PRESIDING MAG. JUDGE: *CHARLES S. COODY* | DEPUTY CLERK: *WANDA STINSON* |
| CASE NUMBER: *1:06CR-85-CSC* | DEFENDANT: *ANGELA R. SLAGLE* |
| AUSA: *NATHAN GOLDEN* | DEFENDANT ATTY: *KEVIN BUTLER* |
| | Type Counsel: ( ) Waived;  ( ) Retained;  ( ) Panel CJA; |
| USPO: _____ | |
| Defendant ____ does __√__ does NOT need and interpreter. Name: _____ | |

( √ ) COURT PROCEEDING: **SENTENCING**

| | |
|---|---|
| 10:08 A.M. | Court convenes; |
| | Defendant is not present; |
| | Atty. Butler addresses the court as to deft's unknown whereabouts and request for a continuance; |
| 10:10 A.M. | Court orders that a warrant for arrest be issued; |