# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA SOUTERN DIVISION

| | | | |
|---|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA | |
| DATE COMMENCED: 1/17/07 | AT | 2:37 p.m. to 2:42 p.m. | |
| DATE COMPLETED: 1/17/07 | AT | Digital Recorded | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| VS. | * | CASE NO.: 1:06CR-85-CSC |
| ANGELA SLAGLE | * | |
| Defendant | * | |

**GOVERNMENT** — **APPEARANCES:** — **DEFENDANT**

Atty. Kent Brunson — Atty. Donnie Bethel

Dwayne Spurlock, USPO

**COURT OFFICIALS PRESENT:**

**COURTROOM DEPUTY:** WANDA STINSON    **LAW CLERK:** CORRIE LONG

( X ) OTHER PROCEEDINGS: **SENTENCING HEARING**

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** sentencing - USA vs. Slagle,
**Date:** 1/17/2007    **Location:** Courtroom 4B

| Time | Speaker | Note |
|---|---|---|
| 2:37:56 PM | Court | Court convenes; Discussion of sentencing; Court will not sentence deft in accordance with the plea agreement; Deft advised of right the withdraw guilty plea; |
| 2:38:29 PM | Deft Slagle | Do not wish to withdraw guilty plea; |
| 2:38:31 PM | Court | Proceed with sentencing; There are no objections to the presentence report; court adopts the factual findings in the presentence report; |
| 2:39:22 PM | Atty. Bethel | Addresses the court as to alcohol problem of the deft and the treatment the deft is receiving; |
| 2:39:46 PM | Court | Sentence is stated; Deft is remanded to custody for service of sentence to begin immediately; There are no objections to sentence as stated; Sentence is ordered imposed as stated; Deft is advised of right to appeal; |
| 2:42:26 PM | Court | Court is recessed. |