IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr85-CSC |
| | ) | |
| ANGELA R. SLAGLE | ) | |

**O R D E R**

Now pending before the court is the government's motion to reduce sentence (doc. # 30). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to reduce sentence be and is hereby GRANTED.

Done this 27th day of February, 2007.

                                                /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE