IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | DOCKET NO. 1:06CR00085-CSC |
| | ) | |
| **ANGELA R. SLAGLE** | ) | |

It appearing to the Court that Angela R. Slagle, the supervised releasee herein, was sentenced to a supervised release term of one year on January 17, 2007.

For good and sufficient cause shown to the Court, it is CONSIDERED, ORDERED, and ADJUDGED that the fine balance of $385 is hereby remitted as of this date.

ORDERED FURTHER, that this order be filed as part of the record in this case.

Done this 8th day of January, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE